**Wendell MITCHELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. WD 60442.

Missouri Court of Appeals,
Western District.

June 3, 2003.

Vanessa Calbe, Susan Lynn Hogan, Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, John Munson Morris, Joel Block, Attorney General Office, Jefferson City for respondent.

Before LISA HARDWICK, Presiding Judge, PATRICIA BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

### ORDER

Wendell Mitchell appeals the circuit court's judgment denying his Rule 29.15 motion for postconviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).